**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL DONOVAN,<br><br>           Plaintiff,<br><br>   v.<br><br>CAROLYN COLVIN, Commissioner of Social Security,<br><br>           Defendant.        / | No. C 13-04744 SI<br><br>**ORDER RE SERVICE OF PROCESS** |

The complaint in this case was filed on November 12, 2013 and the summons was issued the same day. The record reflects that plaintiff has not yet served defendant or filed a proof of service, which he is required to file within 120 days of filing the complaint. *See* Fed. R. Civ. Pro 4(m). It is the responsibility of plaintiff to serve defendant and file his proof of service, pursuant to Federal Rule of Civil Procedure 4(l).

Plaintiff's time to serve defendant and file a proof of service is extended **sixty (60)** days from the date of this order, and must be filed **no later than April 25, 2014.** This case cannot proceed until the defendant is served and proof of service is filed.

The Court encourages plaintiff to seek support from the Legal Help Center at the San Francisco Courthouse, if needed. The Help Desk is located at the San Francisco Courthouse and assistance is available by appointment.

  450 Golden Gate Ave., 15th Floor, Room 2796
  San Francisco, CA 94102
   (415)782-8982

**IT IS SO ORDERED.**

Dated: March 5, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE