IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES M. DONOVAN,

    Plaintiff,

v.

CAROLYN COLVIN,
Commissioner of Social Security,

    Defendant.

No. C 13-4744 SI

**ORDER TO PLAINTIFF TO FILE APPROPRIATE MOTION**

Under the Procedural Order for Social Security Review Actions, Docket No. 2, plaintiff's motion for summary judgment or for remand was due May 20, 2014 (28 days after service of defendant's Answer, which was filed April 22, 2014). Pro se plaintiff Donovan did not file any motion by that date.

Accordingly, IT IS ORDERED that plaintiff Donovan must file his motion for summary judgment or for remand on or before **June 6, 2014**  If he does not do so, or seek leave of Court for additional time to do so, this Court may dismiss this case for failure to prosecute. F.R.Civ.P. 41(b).

**IT IS SO ORDERED.**

Dated: May 22, 2014

SUSAN ILLSTON
United States District Judge