IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL DONOVAN,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN COLVIN, Commissioner of Social Security,<br><br>    Defendant.<br>_____ / | No. C 13-04744 SI<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

On May 22, 2014, the Court issued an Order to Show Cause informing plaintiff that he should file his motion for summary judgment or remand on or before **June 6, 2014**, or the Court would dismiss this action for failure to prosecute. Fed. R. Civ. P. 41(b). As of this date, plaintiff has not filed anything or contacted the Court to discuss the status of this action.

The Court, therefore, **DISMISSES** this action for failure to prosecute. Judgment shall be entered accordingly and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 15, 2014

                                                SUSAN ILLSTON<br>                                              UNITED STATES DISTRICT JUDGE