IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL DONOVAN,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN COLVIN, Commissioner of Social Security,<br><br>    Defendant. | No. C 13-04744 SI<br><br>**JUDGMENT** |

    This action is dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 15, 2014

                                                         SUSAN ILLSTON<br>
                                                         UNITED STATES DISTRICT JUDGE